# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| **CASSIE LAVON SCOTT,** | § |
| **Plaintiff,** | § |
| vs. | § CIVIL NO.: 4:20-cv-00067-SA-JMV |
| **COMMISSIONER OF SOCIAL SECURITY,** | § |
| **Defendant.** | § |

## ORDER

After consideration of *Defendant's Unopposed Motion for Stay of Proceedings,* the Court finds that the Motion should be granted in part only.

IT IS, THEREFORE, ORDERED that Defendant's motion is granted in part, and this action is STAYED for 60 days or until Defendant is able to file a certified copy of the administrative record, whichever is earlier.

This, the 20th day of August, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE