# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CASSIE LAVON SCOTT**                                                                **PLAINTIFF**

**V.**                                                 **NO. 4:20CV00067-SA-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated January 11, 2021, was on that date filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED**:

1. That the R&R of the United States Magistrate Judge dated January 11, 2021, is hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's motion to dismiss appeal [20] is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. That the Clerk is directed to CLOSE this case.

This 5th day of February, 2021.

                                                                                 /s/ Sharion Aycock
                                                                                 UNITED STATES DISTRICT JUDGE